**Order entered July 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00242-CR

**SERGIO MANUEL NAVA, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR12-1388**

## ORDER

The Court **GRANTS** appellant's July 18, 2014 motion to abate the appeal and remand to the trial court for preparation of the trial court's findings of fact and conclusions of law on appellant's motion to suppress evidence.

This appeal is **ABATED** to allow the trial court to file its findings of fact and conclusions of law. The appeal shall be reinstated **THIRTY DAYS** from the date of this order or when the findings and conclusions are received, whichever is earlier.

/s/    LANA MYERS
        JUSTICE